AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>SINGLETON, JAMES K. | 2. Court or Organization<br><br>U.S. DISTRICT COURT, ALASKA | 3. Date of Report<br><br>05/15/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE-SENIOR STATUS | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial  ☑ Annual   ☐ Final<br><br>5b. ☐  Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

THE JAMES M. FITZGERALD UNITED STATES COURTHOUSE AND FEDERAL BUILDING
222 W. 7TH AVENUE
ANCHORAGE, AK 99513-7524

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 01/01/1994 | STATE OF ALASKA, JUDICIAL RETIREMENT |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SINGLETON, JAMES K. | 05/15/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | STATE OF ALASKA RETIREMENT AND BENEFITS PLAN- RETIREMENT INCOME | $121,751.16 |
| 2. 2017 | MERRILL LYNCH AS CUSTODIAN - RETIREMENT INCOME | $2,291.67 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | TRANSAMERICA LIFE INSURANCE COMPANY - RETIREMENT PLAN |
| 2. 2017 | STATE OF ALASKA RETIREMENT AND BENEFITS PLAN FOR TEACHERS - RETIREMENT INCOME |
| 3. 2017 | MERRILL LYNCH AS CUSTODIAN - RETIREMENT INCOME |
| 4. 2017 | PECHANGE RESORT AND CASINO - GAMBLING WINNINGS |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **SINGLETON, JAMES K.** | 05/15/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SINGLETON, JAMES K. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. FNBA BANK ACCOUNT | | None | L | T | | | | | |
| 2. ALASKA SUPPLEMENTAL ANNUITY PLAN | | None | N | T | Distributed (part) | 12/31/17 | K | E | |
| 3. MERRILL LYNCH WEALTH MANAGEMENT ACCOUNT ▓ : (H) | | | | | | | | | |
| 4. ABBOTT LABS | A | Dividend | | | Sold | 04/19/17 | J | A | |
| 5. AMN ELEC POWER CO | A | Dividend | J | T | | | | | |
| 6. AMER EXPERESS COMPANY | A | Dividend | J | T | Buy | 03/24/17 | J | | |
| 7. APPLE INC | A | Dividend | J | T | Buy | 06/27/17 | J | | |
| 8. BANK OF NOVA SCOTIA | A | Dividend | J | T | Buy | 09/22/17 | J | | |
| 9. CVS HEALTH CORP | A | Dividend | | | Sold | 03/24/17 | J | | |
| 10. COCA COLA COM | A | Dividend | J | T | Sold (part) | 08/08/17 | J | A | |
| 11. | | | | | Buy (add'l) | 08/24/17 | J | | |
| 12. DIAGEO PLC SPSD ADR NEW | | None | J | T | Buy | 12/08/17 | J | | |
| 13. DOWDUPONT INC COM | A | Dividend | J | T | | | | | |
| 14. DOMINION ENERGY INC (PREVIOUSLY: DOMINION RES INC NEW VA) | A | Dividend | J | T | | | | | |
| 15. DISNEY (WALT) CO COM STK | A | Dividend | J | T | | | | | |
| 16. EXXON MOBIL CORP COM | A | Dividend | J | T | Sold (part) | 08/08/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SINGLETON, JAMES K. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. ISHARES NASDAQ BIOTECH ETF | A | Dividend | J | T | Buy | 12/07/17 | J | | |
| 18. ISHARES MSCI EAFE | A | Dividend | K | T | | | | | |
| 19. ISHARES IBOXX $ INVT GRADE CORP BD | A | Dividend | J | T | | | | | |
| 20. ISHARES TIPS BOND ETF | A | Dividend | J | T | | | | | |
| 21. VANGUARD FINANCIALS ETF | A | Dividend | J | T | Sold (part) | 01/24/17 | J | A | |
| 22. VANGUARD INFORMATION TECH ETF | A | Dividend | J | T | Sold (part) | 01/24/17 | J | A | |
| 23. VANGUARD TELECOMM SRVCS ETF | A | Dividend | J | T | Sold (part) | 01/24/17 | J | A | |
| 24. POWERSHARES EM SOVEREIGN BOND USD ETF | A | Dividend | J | T | | | | | |
| 25. ISHARES 3-7 YEAR TREASURY BOND ETF | A | Dividend | J | T | | | | | |
| 26. ISHARES MBS ETF | A | Dividend | K | T | Buy (add'l) | 01/24/17 | J | | |
| 27. VANGUARD INTERMEDIATE TERM BOND ETF | A | Dividend | K | T | Buy (add'l) | 01/23/17 | J | | |
| 28. ISHARES IBOXX$ HIGH YIELD CORPORATE BOND | A | Dividend | J | T | | | | | |
| 29. VANGUARD SHORT TERM BOND | A | Dividend | K | T | Buy (add'l) | 01/23/17 | J | | |
| 30. SPDR S&P INSURANCE ETF | A | Dividend | J | T | | | | | |
| 31. REAL ESTATE SELECT SECTOR SPDR FD SHS | A | Dividend | J | T | Sold (part) | 01/24/17 | J | | |
| 32. POWERSHARES PREFERRED PORTFOLIO | A | Dividend | J | T | | | | | |
| 33. GENERAL ELECTRIC | A | Dividend | | | Sold (part) | 07/18/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SINGLETON, JAMES K. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. | | | | | Sold | 11/15/17 | J | | |
| 35. HOME DEPOT | A | Dividend | J | T | | | | | |
| 36. INTEL CORP | A | Dividend | J | T | Sold (part) | 08/08/17 | J | A | |
| 37. VANECK VECTORS J.P. MORGAN EM LOCAL CURR | A | Dividend | J | T | | | | | |
| 38. ISHARES INC CORE MSCI EMERGING MKTS ETF | A | Dividend | J | T | | | | | |
| 39. INTL BUSINESS MACHINES CORP IBM | A | Dividend | J | T | Buy | 04/19/17 | J | | |
| 40. JPMORGAN CHASE & CO | A | Dividend | J | T | Sold (part) | 01/18/17 | J | A | |
| 41. JOHNSON AND JOHNSON COM | A | Dividend | J | T | | | | | |
| 42. KRAFT (THE) HEINZ CO SHS | A | Dividend | J | T | Sold (part) | 03/24/17 | J | A | |
| 43. METLIFE INC | A | Dividend | J | T | Sold (part) | 08/08/17 | J | A | |
| 44. MCDONALDS CORP | A | Dividend | J | T | | | | | |
| 45. MICROSOFT CORP | A | Dividend | J | T | | | | | |
| 46. NEXTERA ENERGY INC SHS | A | Dividend | J | T | | | | | |
| 47. NORTHROP GRUMMAN CORP | A | Dividend | J | T | Buy | 11/15/17 | J | | |
| 48. OCCIDENTAL PETE CORP CAL | A | Dividend | J | T | | | | | |
| 49. PNC FINCL SERVICES GROUP | A | Dividend | J | T | Buy | 10/04/17 | J | | |
| 50. PHILIP MORRIS INTL INC | A | Dividend | J | T | Sold (part) | 03/24/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | | Name of Person Reporting | Date of Report |
|---|---|---|---|
| | | SINGLETON, JAMES K. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. | | | | | Buy (add'l) | 01/18/17 | J | | |
| 52. PFIZER INC | A | Dividend | J | T | | | | | |
| 53. PROCTER & GAMLE CO | A | Dividend | J | T | | | | | |
| 54. RAYTHEON CO DELAWARE NEW | A | Dividend | J | T | Buy | 07/18/17 | J | | |
| 55. | | | | | Buy (add'l) | 11/03/17 | J | | |
| 56. ROYAL DUTCH SHEL PLC SPONS ADR B | A | Dividend | J | T | Buy | 09/22/17 | J | | |
| 57. SCHLUMBERGER LTD | A | Dividend | | | Sold | 06/27/17 | J | | |
| 58. SIMON PROPERTY GROUP DEL REIT | A | Dividend | J | T | Sold (part) | 07/21/17 | J | | |
| 59. HEALTH CARE SELECT SPDR | A | Dividend | J | T | Sold (part) | 01/24/17 | J | A | |
| 60. | | | | | Sold (part) | 12/05/17 | J | A | |
| 61. SECTOR SPDR CONSMRS STPL | A | Dividend | J | T | Sold (part) | 01/24/17 | J | A | |
| 62. | | | | | Sold (part) | 05/17/17 | J | A | |
| 63. CONSUMER DISCRETIONARY SPDR | A | Dividend | J | T | Sold (part) | 01/24/17 | J | A | |
| 64. SECTOR SPDR ENERGY | A | Dividend | J | T | Sold (part) | 01/24/17 | J | | |
| 65. | | | | | Sold (part) | 05/16/17 | J | | |
| 66. SECTOR SPDR INDUSTRIAL | A | Dividend | J | T | Sold (part) | 01/24/17 | J | A | |
| 67. | | | | | Buy (add'l) | 06/16/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SINGLETON, JAMES K. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. | | | | | Sold (part) | 10/24/17 | J | A | |
| 69. | | | | | Sold (part) | 12/05/17 | J | A | |
| 70. SECTOR SPDR UTILITIES | A | Dividend | J | T | Sold (part) | 01/24/17 | J | A | |
| 71. 3M COMPANY | A | Dividend | J | T | | | | | |
| 72. THERMO FISHER SCIENTIFIC INC | A | Dividend | | | Sold | 03/24/17 | J | A | |
| 73. UNITEDHEALTH GROUP INC | A | Dividend | J | T | Buy | 03/24/17 | J | | |
| 74. US BANCORP | A | Dividend | | | Sold | 08/08/17 | J | B | |
| 75. UNITED TECHS CORP | A | Dividend | J | T | | | | | |
| 76. VERIZON COMMUNICATNS COM | A | Dividend | J | T | | | | | |
| 77. VISA INC CL A SHRS | A | Dividend | J | T | Buy | 08/09/17 | J | | |
| 78. WALMART STORES INC | A | Dividend | J | T | Sold (part) | 08/08/17 | J | A | |
| 79. LOOMIS SAYLES STRATEGIC INC FD CL Y | B | Dividend | K | T | | | | | |
| 80. | | | | | | | | | |
| 81. MANAGEMENT ACCOUNT  : (H) | | | | | | | | | |
| 82. MERRILL LYNCH AS CUSTODIAN RETIREMENT ACCOUNT | B | Distribution | K | T | | | | | |
| 83. AT&T INC | A | Dividend | J | T | Sold (part) | 05/24/17 | J | | |
| 84. JPMORGAN CHASE & CO | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SINGLETON, JAMES K. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. WALMART STORES INC | A | Dividend | J | T | | | | | |
| 86. BLACKROCK MULTIASSET | A | Dividend | J | T | | | | | |
| 87. BLACKROCK EQUTY DIVIDEND | A | Dividend | J | T | | | | | |
| 88. ISHARES 20+ YEAR | A | Dividend | J | T | | | | | |
| 89. LOOMIS SAYLES STRATEGIC | A | Dividend | J | T | | | | | |
| 90. TEMPLETON GLBL BOND FD | A | Dividend | J | T | | | | | |
| 91. VANGUARD MORTGAGE-BACKED | A | Dividend | J | T | | | | | |
| 92. | | | | | | | | | |
| 93. MANAGEMENT ACCOUNT ▮▮▮ : (H) | | | | | | | | | |
| 94. MERRILL LYNCH AS CUSTODIAN RETIREMENT ACCOUNT ▮▮▮ | C | Distribution | L | T | | | | | |
| 95. JP MORGAN CHASE & CO | A | Dividend | J | T | | | | | |
| 96. VERIZON COMMUNICATIONS COM | A | Dividend | J | T | | | | | |
| 97. BLACKROCK EQTY DIVIDEND | B | Dividend | J | T | | | | | |
| 98. BLACKROCK GLOBAL | A | Dividend | J | T | | | | | |
| 99. DELAFIELD | A | Dividend | J | T | | | | | |
| 100. FAIRHOLME FUND | A | Dividend | J | T | | | | | |
| 101. GABELLI DIV & INC TR | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SINGLETON, JAMES K. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102.  ISHARES 20+ YEAR | A | Dividend | J | T | | | | | |
| 103.  LOOMIS SAYLES STRATEGIC | A | Dividend | J | T | Sold (part) | 05/23/17 | J | | |
| 104.  TEMPLETON GLBL BOND FD | A | Dividend | J | T | | | | | |
| 105.  VANGUARD SHORT-TERM | A | Dividend | J | T | | | | | |
| 106.  VANGUARD MORTGAGE-BACKED | A | Dividend | J | T | | | | | |
| 107. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| SINGLETON, JAMES K. | 05/15/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JAMES K. SINGLETON**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544